UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | Case No: 3:11-CR-129(01) RM |
| SAMUEL FRAZIER | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on November 30, 2011 [Doc. No. 21]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Samuel Frazier's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED:  December 20, 2011 

　

　　　　　　　　　　　　　　　　　　　　  /s/ Robert L. Miller, Jr.  
　　　　　　　　　　　　　　　　　　　　Judge  
　　　　　　　　　　　　　　　　　　　　United States District Court